**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6483

OMARI KEISAUN MASON,

Plaintiff - Appellant,

v.

KEVIN TALLEY, Lt.; MAJOR FRANK MACK; LARRY LEABOUGH, Superintendent; BINNS, Sergeant,

Defendants - Appellees,

and

MCKELVIN #81, Sergeant; JONES, Regular Correctional Officer,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:21-cv-01118-LMB-JFA)

Submitted:  August 29, 2023                    Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Omari Keisaun Mason, Appellant Pro Se.  John P. Dunnigan, Leslie A. Winneberger, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Glen Allen, Virginia, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omari Keisaun Mason seeks to appeal the district court's order granting in part and denying in part Defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Mason seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
